_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2024
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th St. Suite 101
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-Mail:  kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                                                                    )          Case No: 24-14663-NMC
                                                                               )          Chapter 13
CONSTANCE TASHELL GEFFINGER,                     )
                                                                               )
                                                                               )
                                          Debtor(s)        )
_____)

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH CONDITIONAL ORDER**

The hearing regarding confirmation of the Debtor(s)' proposed Chapter 13 Plan was held November 14, 2024 at 1:30 PM; The confirmation hearing resulted in entry of a Conditional Order entered as Docket No. 21;   now, therefore,

**IT IS HEREBY ORDERED** that since the Debtor(s) did not comply with the requirements of the Conditional Order as evidenced by the Declaration filed as Docket No.23, the Bankruptcy Case is DISMISSED.

1

**IT IS SO ORDERED.**

Respectfully submitted by:

/s/  Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated:        12/6/2024

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies as follows:

    X    The court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

_____  I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2
###